UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) GABRIEL BITRAN, and )<br>(2) MARCO BITRAN, )<br>    Defendants. )<br>) | CRIMINAL CASE<br>NO.: 1:14-10243-FDS |

## ORDER OF RECUSAL

**SAYLOR, J.**

    Under 28 U.S.C. § 455(a), a United States District Judge must disqualify himself from any proceeding "in which his impartiality might reasonably be questioned." In this matter, an attorney who entered an appearance on behalf of defendant Marco Bitran, Mark W. Pearlstein, is a personal friend. Because my impartiality might reasonably be questioned were I to preside in this matter, I hereby disqualify myself from this proceeding.

**So Ordered.**

                                                   /s/ F. Dennis Saylor
                                                 F. Dennis Saylor IV
                                                 United States District Judge

Dated: August 14, 2014