UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 14-CR-10243 |
| GABRIEL BITRAN, MARCO BITRAN | ) ) ) ) | |

## UNITED STATES' MOTION FOR HEARING PURSUANT TO RULE 11

The United States hereby moves that this matter be scheduled for a Rule 11 hearing so that the Defendants may enter the guilty pleas to which they have agreed. This matter was filed by Information on August 12, 2014. The matter was originally assigned to Judge Saylor, but was reassigned on August 14, 2014. The plea agreements were filed on August 28, 2014.

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

By:    /s/ Sara Miron Bloom
         Sara Miron Bloom
         Brian Pérez-Daple
         Assistant U.S. Attorneys
         U. S. Attorney's Office, Moakley Courthouse
         1 Courthouse Way, Suite 9200
         Boston, MA  02210
         (617) 748-3265

Dated:  October 28, 2014

I hereby certify that on this date I am serving this document by electronic filing on counsel for the defendants in this matter.

By:    /s/ Sara Miron Bloom
         SARA MIRON BLOOM
         Assistant U.S. Attorney