UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 1:14-cr-10243-MLW |
| (1) GABRIEL BITRAN,<br>(2) MARCO BITRAN | ) | |

**ASSENTED-TO JOINT MOTION TO RESCHEDULE SENTENCING HEARING**

Defendants Marco Bitran and Gabriel Bitran respectfully request that the Court reschedule the Sentencing Hearing currently set for Friday, March 27, 2015 to the afternoon (after 1:30 PM) of March 31 or April 1, 2015 because Marco Bitran's counsel is scheduled to be at a meeting out of state on March 27th . The government has assented to this motion and is available on the proposed dates.

Respectfully submitted,

MARCO BITRAN
By his attorneys,

/s/ *Dana McSherry*

Mark W. Pearlstein (BBO# 542064)
Dana M. McSherry (BBO # 664430)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, MA 02109-1775
Telephone: (617) 535-4000
Facsimile: (617) 535-3800

Dated: January 14, 2015

GABRIEL BITRAN
By his attorneys,

*/s/ Nicholas C. Theodorou*
Nicholas C. Theodorou (BBO #495730)
Michele L. Adelman (BBO # 653003)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
ntheodorou@foleyhoag.com

Dated: January14, 2015

**CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)**

I, Dana M. McSherry, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 14, 2015.

/s/ *Dana M. McSherry*
Dana M. McSherry

DM_US 57998663-1.090148.0011